No. 03–6487. GHADERI v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03–6491. THORN v. FOYTIK ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6496. GRAVES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 03–6497. ALFORD v. MISSISSIPPI (two judgments). Sup. Ct. Miss. Certiorari denied.

No. 03–6499. METZENBAUM v. CITY OF MAYFIELD HEIGHTS, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6500. MCWILLIAMS v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 03–6503. ROOSE v. SUPREME COURT OF COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 03–6508. BALLARD v. PRICE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6509. ACRES v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6510. CONNER v. WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION. C. A. 3d Cir. Certiorari denied.

No. 03–6513. CASTILLO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6516. RIVERA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–6518. THOMAS v. SMITH, SUPERINTENDENT, PULASKI CORRECTIONAL UNIT. C. A. 6th Cir. Certiorari denied.

No. 03–6519. WILLIAMS v. OHIO. Sup. Ct. Ohio. Certiorari denied.